**Civil Actions**

# Case Summary

**Case No. 2026-CAB-002035**

| | | | |
|---|---|---|---|
| **Jasmine Wilson v. Jeffrey Gonzalez et al.** | § | Location: | **Civil Actions** |
| | § | Judicial Officer: | **Oler, Katherine E** |
| | § | Filed on: | **03/27/2026** |

## Case Information

| | |
|---|---|
| Case Type: | Vehicle |
| Subtype: | Personal Injury |
| Case Status: | **03/27/2026 Open** |

## Assignment Information

**Current Case Assignment**

| | |
|---|---|
| Case Number | 2026-CAB-002035 |
| Court | Civil Actions |
| Date Assigned | 03/27/2026 |
| Judicial Officer | Oler, Katherine E |

**Previous Case Assignments**

| | |
|---|---|
| Case Number | 2026-CAB-002035 |
| Court | Civil Actions |
| Date Assigned | 03/27/2026 |
| Reason | Judge Assigned |

## Party Information

| | | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | **Wilson, Jasmine**<br>2405 32nd ST Southeast<br>Washington, DC 20020 | **Stark, David J**<br>***Retained***<br>202-869-9325(W)<br>Morgan & Morgan, DC PLLC<br>20 M Street, S.E., Suite 600<br>WASHINGTON, DC 20003 |

david.stark@forthepeople.com

**Defendant** **Gonzalez, Jeffrey**

6231 Yellowstone Drive
Alexandria, VA 22312

**Rasier LLC**

1015 15th ST Northwest
STE 1000
Washington, DC 20005

## Events and Orders of the Court

03/27/2026
Complaint eFiled
Docketed on: 03/30/2026
Filed by: Plaintiff Wilson, Jasmine

03/30/2026
Initial Order [Remote] (Judicial Officer: Oler, Katherine E)

03/30/2026 Notice

04/05/2026
Affidavit/Declaration of Service of Summons and Complaint
*Affidavit of Service Rasier LLC*
Docketed On: 04/07/2026
Filed By: Plaintiff Wilson, Jasmine
Served On: Defendant Rasier LLC

06/26/2026
**Remote Initial Scheduling Conference** (9:30 AM) (Judicial Officer: Oler, Katherine E)

## Financial Information

**Plaintiff** Wilson, Jasmine

| | |
|---|---|
| Total Financial Assessment | 120.00 |
| Total Payments and Credits | 120.00 |
| **Balance Due as of 04/22/2026** | **0.00** |